# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132388

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LLOYD WILLIAMS and UN-REEL, INC.,
     Plaintiffs-Appellants,

v

SC: 132388
COA: 259210
Genesee CC: 02-073502-CK

TVT RECORDS, INC., and OVERTURE
MUSIC, L.L.C.,
     Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the September 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

t0122